IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY SHARPE**                                                     **PLAINTIFF**
**ADC #176513**

v.                    No. 4:21-cv-1063-DPM

**GARY M. ARNOLD**, *et al.*                             **DEFENDANTS**

## ORDER

I recuse. I'm listed as a named defendant. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). The Clerk must reassign this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 November 2021